IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FIRE PROTECTION SERVICE CORPORATION, <br><br> Defendant. | **ORDER GRANTING STIPULATED DISMISSAL** <br><br><br> Case No. 1:18-CV-14 <br><br> District Judge Jill N. Parrish |

Before the court is a stipulated dismissal filed by Defendant Fire Protection Service on September 26, 2018. (ECF No. 39). Based on that motion, the stipulation of parties, and for good cause, the stipulation of dismissal is **GRANTED**. Each party shall bear its own costs and fees.

Rothschild Broadcast Distribution Systems, LLC's claims and Fire Protection Service Corporation's non-infringement counterclaim in the above-captioned action are **DISMISSED WITH PREJUDICE**. Fire Protection Service Corporation's invalidity counterclaim is **DISMISSED WITHOUT PREJUDICE**.

Signed October 1, 2018

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge

2